# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEANN JUSTINE WIESNER, AND ON
BEHALF OF MINIR WIESNER,
Appellant,
vs.
PECCOLE RANCH COMMUNITY
ASSOCIATION,
Respondent.

No. 66493

FILED

DEC 02 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal purportedly from an order dated April 25, 2011.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, appellant's notice of appeal, filed September 9, 2014, was filed more than thirty days after the order from which she purports to appeal. See NRAP 4(a)(1); NRAP 26(c). We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.[1]

_____Cherry_____, J.
Cherry

_____Douglas_____, J.
Douglas

_____Gibbons_____, J.
Gibbons

---

[1]In light of this disposition, any pending motions or documents are rendered moot.

16-37345

cc:    Hon. Michael Villani, District Judge
DeAnn Justine Wiesner
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP/Las Vegas
Eighth District Court Clerk